**Aura Labro KARAGIANNOPOULOS,
Plaintiff—Appellant,**

v.

**CITY OF LOWELL, Defendant—
Appellee.**

No. 12–1026.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 22, 2012.

Decided: March 29, 2012.

Aura Labro Karagiannopoulos, Appellant Pro Se. Martha Raymond Thompson, Stott, Hollowell, Palmer & Windham, Gastonia, North Carolina, for Appellee.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aura Labro Karagiannopoulos appeals the district court's order denying her postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Karagiannopoulos v. City of Lowell,* No. 3:05–cv–00401–FDW–DCK (W.D.N.C. Dec. 13, 2011). We also deny Karagiannopoulos' motion for a hearing en banc. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*